

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

14 OCT 24  PM 1:43

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL ALVARADO-SAAVEDRA ,<br><br>Defendant. | CASE NO.   14cr2626-DMS-GT<br><br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal without prejudice; or

_____  the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s)  as charged in the Indictment/Information:

_____  8 USC 1326(a) and (b)  _____

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   October 24, 2014

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE